```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------X

UNITED STATES OF AMERICA                    ORDER

        - v. -                              19 Cr. 753 (PGG)

VICENTE ROBLES CASTRO, JR.,

        Defendant.

------------------X
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on January 15, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
February 18, 2020

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK