UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

VICTOR ROBLES, JR.,

Defendant.

**ORDER**

19 Cr. 753 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of Defendant will take place on **June 19, 2020 at 4:00 p.m.** Any submissions on behalf of the Defendant are due **May 29, 2020**, and any submission by the Government is due on **June 5, 2020**.

It is further ORDERED that the Probation Department prepare a presentence investigation report for the Defendant.

Dated: New York, New York
February 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge