UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>VICENTE ROBLES CASTRO, JR.,<br><br>Defendant. | **ORDER**<br><br>19 Cr. 753 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of Defendant, scheduled for June 19, 2020, will now take place on **August 25, 2020 at 4:00 p.m.**  Any submissions on behalf of the Defendant are due **August 4, 2020**, and any submission by the Government is due on **August 11, 2020**.  Dated: New York, New York
June 9, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge