UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

VICENTE ROBLES CASTRO, JR.,

Defendant.

**ORDER**

19 Cr. 753 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of Defendant, scheduled for November 12, 2020, will now take place on **February 10, 2021 at 4:00 p.m.** Any submissions on behalf of the Defendant are due **January 22, 2021**, and any submission by the Government is due on **January 29, 2020**.

Dated: New York, New York
       October 30, 2020

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge