UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

VICENTE ROBLES CASTRO, JR.,

Defendant.

**ORDER**

19 Cr. 753 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of Defendant, scheduled for

February 10, 2021, will now take place on **April 13, 2021 at 4:00 p.m.**  Any submissions on

behalf of the Defendant are due **March 23, 2021**, and any submission by the Government is

due on **March 30, 2021**.

Dated: New York, New York
January 8, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge