UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

VICENTE ROBLES CASTRO, JR.,

Defendant.

**ORDER**

19 Cr. 753 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Vicente Robles Castro, scheduled for April 13, 2021, will now take place on **April 21, 2021 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
April 1, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge