## LAW OFFICE OF PATRICK J. BRACKLEY

Vía ECF
Honorable Paul A Gardephe
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10013

Re: <u>United States v. Vincente Castro Robles Jr.19 Cr 753 (PAG)</u>

Judge Gardephe:

This letter is in reference to the above captioned matter which is currently on for Sentence next week. With the Consent of the Government it is respectfully requested the matter be adjourned for at least 60 days as Mr. Castro Robles is still residing in Arizona and has not been vaccinated. The continuance will facilitate his requested personal appearance for his Sentence. Thank you in advance for any time or consideration you give this matter.

I remain,

**MEMO ENDORSED**

The application is granted.  The
sentencing for Defendant Vincente
Castro Robles Jr., previously scheduled
for April 21, 2021, is adjourned to **June
22, 2021 at 3:00 p.m.**

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

April 14, 2021

_____/S/_____
PATRICK J. BRACKLEY, ESQ.
233 Broadway, Suite 2370
New York, NY 10279
212-964-5200(p)
917-523-7265 (c)