UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| VICENTE ROBLES CASTRO, JR., | 19 Cr. 753 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Vicente Robles Castro, Jr., currently scheduled for October 28, 2021, will now take place on **November 10, 2021 at 3:00 p.m.** With Defendant's consent, the sentencing will proceed by telephone.

Dated: New York, New York
October 25, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge