UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

VICENTE ROBLES CASTRO, JR.,

Defendant.

**ORDER**

19 Cr. 753 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant's sentencing, currently scheduled for November 10, 2021 at 3:00 p.m., will now take place on November 10, 2021 at 3:45 p.m.  With Defendant's consent, the sentencing will take place by phone.

        The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.

Dated: New York, New York
       November 10, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge